**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-7531

DON ALEXANDER BROWN,

                                        Petitioner - Appellant,

        versus

PATRICK CONROY; ATTORNEY GENERAL FOR THE STATE
OF MARYLAND,

                                        Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Williams, Jr., District Judge.
(CA-00-2321-AW)

Submitted:  January 18, 2001        Decided:  January 25, 2001

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Don Alexander Brown, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Don Alexander Brown seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Brown v. Conroy</u>, No. CA-00-2321-AW (D. Md. filed and entered Sept. 26, 2000; and filed Oct. 10, 2000; entered Oct. 11, 2000). We deny Brown's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>